United States District Court
Southern District of Texas
**ENTERED**
January 05, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KORDZAIIA T.,[1] | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-115 |
| | § | |
| FRANCISCO VENEGAS, | § | |
| *as Facility Administrator at* | § | |
| *El Valle Detention Center*, | § | |
| Respondent. | § | |

### ORDER DISMISSING MOTION (Dkt. No. 16) AS MOOT

On June 5, 2025, Petitioner Kordzaiia T. filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Respondent filed a Motion to Dismiss this Petition (Dkt. No. 1) on July 21, 2025. Dkt. No. 16. On December 17, 2025, the Court granted Petitioner leave to file an amended petition. *See minute entry dated December 17, 2025*. Petitioner filed his Amended Petition on January 2, 2026. Dkt. No. 35.

When a plaintiff amends a complaint, "[t]he original pleading no longer performs any function in the case." *Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 43 (2025) (internal quotation marks omitted). *See King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994) (per curiam) ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading."). In this case, Respondent's pending Motion to Dismiss addresses Petitioner's Original Petition. Petitioner's Amended Petition does not adopt the Original Petition and does not incorporate the Original Petition by reference. *See* Dkt. No. 36, p. 1. For these reasons, Petitioner's Amended Petition (Dkt. No. 35) is now the operative complaint in this case.

Accordingly, the Court **ORDERS** Respondent's Motion to Dismiss (Dkt. No. 16) **DISMISSED AS MOOT**.

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

1

Signed on January 5, 2026.

_____
Karen Betancourt
United States Magistrate Judge